# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| D'Agostino, Mae A. | U.S. District Court for the Northern District of New York | 05/14/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Court Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

U.S. District Court
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | D'Agostino, Krackeler, Maguire & Cardona, PC |
| 2. | Adjunct Professor | Albany Law School |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 05/01/2008 | American International Life Assurance Co., structured settlement for future payments of legal fees earned |
| 2. | 09/04/2002 | American General Life Insurance Co., structured settlement for future payments of legal fees earned |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| D'Agostino, Mae A. | 05/14/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | United States Judges | $97,686.74 |
| 2. | 2011 | Maguire, Cardona & Ryan PC | $58,557.17 |
| 3. | 2011 | Albany Law School | $3,200.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| D'Agostino, Mae A. | 05/14/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| D'Agostino, Mae A. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard Prime Money Market | A | Dividend | M | T | | | | | |
| 2. | | | | | | | | | |
| 3. Key Bank MM Checking Account | A | Interest | M | T | | | | | |
| 4. | | | | | | | | | |
| 5. Fidelity Brokerage Account | | | | | | | | | |
| 6. - Cash | A | Int./Div. | J | T | | | | | |
| 7. - Fidelity Cash Reserves | A | Dividend | J | T | | | | | |
| 8. - Spartan 500 Index Fund Advantage Class | A | Dividend | J | T | | | | | |
| 9. - Fidelity Floating Rate High Income | A | Dividend | J | T | Buy (add'l) | 1/6/11 | J | | |
| 10. | | | | | Buy (add'l) | 5/26/11 | J | | |
| 11. | | | | | Sold (part) | 8/11/11 | J | | |
| 12. - Fidelity Contrafund | A | Dividend | J | T | | | | | |
| 13. - Fidelity GNMA Fund | A | Dividend | J | T | | | | | |
| 14. - Fidelity Low Priced Stock | A | Dividend | J | T | | | | | |
| 15. - Fidelity Strategic Income | A | Dividend | J | T | | | | | |
| 16. - Fidelity Select Medical Equip & System | A | Dividend | J | T | | | | | |
| 17. - Allianz AGIC Income & Growth CL D | A | Dividend | J | T | Buy (add'l) | 2/14/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| D'Agostino, Mae A. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Artisan Mid Cap Value | A | Dividend | J | T | | | | | |
| 19. - Columbia Value and Restructuring CL Z | A | Dividend | J | T | | | | | |
| 20. - Oakmark International Small Cap | A | Dividend | J | T | | | | | |
| 21. - Perkins Mid Cap Value Fund Class T | A | Dividend | J | T | Sold (part) | 8/3/11 | J | A | |
| 22. - Janus Overseas Fund Class T | A | Dividend | J | T | | | | | |
| 23. - PIMCO Investment Grade Corp Bond CL D | A | Dividend | J | T | Sold (part) | 1/6/11 | J | A | |
| 24. | | | | | Sold (part) | 2/14/11 | J | A | |
| 25. | | | | | Sold (part) | 8/3/11 | J | A | |
| 26. - PIMCO Global Advt Strategy Bond CL D | A | Dividend | J | T | Buy (add'l) | 1/6/11 | J | | |
| 27. | | | | | Buy (add'l) | 5/26/11 | J | | |
| 28. - SSgA Emerging Markets | A | Dividend | J | T | | | | | |
| 29. - PIMCO Low Duration Class D | A | Dividend | J | T | Sold (part) | 5/26/11 | J | A | |
| 30. - Fidelity Strategic Dividend & Income | A | Dividend | J | T | Buy (add'l) | 8/3/11 | J | | |
| 31. | | | | | Buy (add'l) | 10/12/11 | J | | |
| 32. | | | | | | | | | |
| 33. 401(k) Plan | A | Dividend | J | T | Distributed (part) | 07/25/11 | O | | |
| 34. - Thrnbrg Intl Val 1 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Prncpl Smcap Sp600indxinst | | | | | | | | | |
| 36. - Msif Mdcap Gr I | | | | | | | | | |
| 37. - Vngrd Sel Val Inv | | | | | | | | | |
| 38. - Dws Inst Eq 500 Indx Inst | | | | | | | | | |
| 39. - Vngrd Divd Gr Inv | | | | | | | | | |
| 40. - Vngrd Trgt Rtrmt 2010 | | | | | | | | | |
| 41. - Jpm Mrtg Bckd Sel | | | | | | | | | |
| 42. - Rdgwrth Ttl Rtn Bd I | | | | | | | | | |
| 43. - Mrly Stbl Val Vi | | | | | | | | | |
| 44. | | | | | | | | | |
| 45. Vanguard LifeStrategy Moderate Growth IRA | A | Dividend | | | Merged (with line 51) | 08/10/11 | J | | |
| 46. | | | | | | | | | |
| 47. Vanguard Growth & Income Fund Custodial Account | A | Dividend | J | T | | | | | |
| 48. | | | | | | | | | |
| 49. Prudential Annuity (Inherited) | A | Interest | L | T | Distributed (part) | 12/31/11 | K | | |
| 50. | | | | | | | | | |
| 51. Fidelity IRA | E | Dividend | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| D'Agostino, Mae A. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.     - Artisan Mid Cap Value | | | | | Buy | 7/28/11 | K | | |
| 53. | | | | | Buy (add'l) | 8/3/11 | J | | |
| 54. | | | | | Buy (add'l) | 8/9/11 | J | | |
| 55. | | | | | Buy (add'l) | 8/11/11 | J | | |
| 56. | | | | | Buy (add'l) | 9/21/11 | J | | |
| 57. | | | | | Buy (add'l) | 9/27/11 | J | | |
| 58. | | | | | Buy (add'l) | 11/1/11 | J | | |
| 59. | | | | | Buy (add'l) | 12/5/11 | J | | |
| 60. | | | | | Buy (add'l) | 12/19/11 | J | | |
| 61.     - Columbia Value and Restructuring CL Z | | | | | Buy | 7/28/11 | K | | |
| 62. | | | | | Buy (add'l) | 8/3/11 | J | | |
| 63. | | | | | Buy (add'l) | 10/12/11 | K | | |
| 64.     - Spartan 500 Index Fd Adv Class | | | | | Buy | 7/28/11 | K | | |
| 65. | | | | | Buy (add'l) | 8/3/11 | J | | |
| 66. | | | | | Buy (add'l) | 8/9/11 | J | | |
| 67. | | | | | Buy (add'l) | 8/11/11 | J | | |
| 68. | | | | | Buy (add'l) | 8/16/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| D'Agostino, Mae A. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 9/7/11 | J | | |
| 70. | | | | | Buy (add'l) | 9/21/11 | J | | |
| 71. | | | | | Buy (add'l) | 9/27/11 | J | | |
| 72. | | | | | Buy (add'l) | 11/1/11 | J | | |
| 73. | | | | | Buy (add'l) | 12/5/11 | J | | |
| 74. - Fidelity Contrafund | | | | | Buy | 7/28/11 | K | | |
| 75. | | | | | Buy (add'l) | 8/3/11 | J | | |
| 76. | | | | | Buy (add'l) | 8/9/11 | J | | |
| 77. | | | | | Buy (add'l) | 8/11/11 | J | | |
| 78. | | | | | Buy (add'l) | 8/16/11 | J | | |
| 79. | | | | | Buy (add'l) | 8/23/11 | J | | |
| 80. | | | | | Buy (add'l) | 9/7/11 | J | | |
| 81. | | | | | Buy (add'l) | 9/21/11 | J | | |
| 82. | | | | | Buy (add'l) | 9/27/11 | J | | |
| 83. | | | | | Buy (add'l) | 11/1/11 | J | | |
| 84. | | | | | Buy (add'l) | 12/5/11 | J | | |
| 85. - Fidelity Strategic Dividend & Income | | | | | Buy | 8/3/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| D'Agostino, Mae A. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 8/9/11 | J | | |
| 87. | | | | | Buy (add'l) | 8/11/11 | J | | |
| 88. | | | | | Buy (add'l) | 8/16/11 | J | | |
| 89. | | | | | Buy (add'l) | 8/23/11 | J | | |
| 90. | | | | | Buy (add'l) | 9/7/11 | J | | |
| 91. | | | | | Buy (add'l) | 9/21/11 | J | | |
| 92. | | | | | Buy (add'l) | 9/27/11 | J | | |
| 93. | | | | | Buy (add'l) | 10/12/11 | J | | |
| 94. - Fidelity Low Priced Stock | | | | | Buy | 7/28/11 | K | | |
| 95. | | | | | Buy (add'l) | 8/3/11 | J | | |
| 96. | | | | | Buy (add'l) | 8/9/11 | J | | |
| 97. | | | | | Buy (add'l) | 8/11/11 | J | | |
| 98. | | | | | Buy (add'l) | 9/7/11 | J | | |
| 99. | | | | | Buy (add'l) | 9/21/11 | J | | |
| 100. | | | | | Buy (add'l) | 9/27/11 | J | | |
| 101. | | | | | Buy (add'l) | 11/1/11 | J | | |
| 102. | | | | | Buy (add'l) | 12/5/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| D'Agostino, Mae A. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Fidelity Select Medical Equip & System | | | | | Buy | 7/28/11 | J | | |
| 104. | | | | | Buy (add'l) | 8/9/11 | J | | |
| 105. | | | | | Buy (add'l) | 9/21/11 | J | | |
| 106. | | | | | Buy (add'l) | 9/27/11 | J | | |
| 107. | | | | | Buy (add'l) | 11/1/11 | J | | |
| 108. | | | | | Buy (add'l) | 12/5/11 | J | | |
| 109. - Oakmark International Small Cap I | | | | | Buy | 7/28/11 | K | | |
| 110. | | | | | Buy (add'l) | 8/3/11 | J | | |
| 111. | | | | | Buy (add'l) | 8/9/11 | J | | |
| 112. | | | | | Buy (add'l) | 8/11/11 | J | | |
| 113. | | | | | Buy (add'l) | 8/16/11 | J | | |
| 114. | | | | | Buy (add'l) | 9/7/11 | J | | |
| 115. | | | | | Buy (add'l) | 9/21/11 | J | | |
| 116. | | | | | Buy (add'l) | 9/27/11 | J | | |
| 117. | | | | | Buy (add'l) | 11/1/11 | J | | |
| 118. | | | | | Buy (add'l) | 12/19/11 | J | | |
| 119. - Perkins Mid Cap Value Fund Class T | | | | | Buy | 7/28/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| D'Agostino, Mae A. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 11/1/11 | J | | |
| 121.  - Janus Overseas Fund Class T | | | | | Buy | 7/28/11 | J | | |
| 122. | | | | | Buy (add'l) | 8/3/11 | J | | |
| 123. | | | | | Buy (add'l) | 8/9/11 | J | | |
| 124. | | | | | Buy (add'l) | 8/11/11 | J | | |
| 125. | | | | | Buy (add'l) | 8/16/11 | J | | |
| 126. | | | | | Buy (add'l) | 9/27/11 | J | | |
| 127. | | | | | Buy (add'l) | 11/1/11 | J | | |
| 128.  - SSGA Emerging Markets | | | | | Buy | 7/28/11 | J | | |
| 129. | | | | | Buy (add'l) | 8/3/11 | J | | |
| 130. | | | | | Buy (add'l) | 8/9/11 | J | | |
| 131. | | | | | Buy (add'l) | 8/11/11 | J | | |
| 132. | | | | | Buy (add'l) | 8/16/11 | J | | |
| 133. | | | | | Buy (add'l) | 9/21/11 | J | | |
| 134. | | | | | Buy (add'l) | 9/27/11 | J | | |
| 135. | | | | | Buy (add'l) | 12/5/11 | J | | |
| 136. | | | | | Buy (add'l) | 12/19/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| D'Agostino, Mae A. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Fidelity Floating Rate High Income | | | | | Buy | 7/28/11 | K | | |
| 138. | | | | | Buy (add'l) | 8/3/11 | J | | |
| 139. - Fidelity GNMA Fund | | | | | Buy | 7/28/11 | K | | |
| 140. | | | | | Buy (add'l) | 8/3/11 | J | | |
| 141. | | | | | Buy (add'l) | 8/9/11 | J | | |
| 142. | | | | | Buy (add'l) | 8/11/11 | J | | |
| 143. | | | | | Buy (add'l) | 8/16/11 | J | | |
| 144. | | | | | Buy (add'l) | 8/23/11 | J | | |
| 145. | | | | | Buy (add'l) | 9/7/11 | J | | |
| 146. - Fidelity Strategic Income | | | | | Buy | 7/28/11 | K | | |
| 147. | | | | | Buy (add'l) | 8/3/11 | J | | |
| 148. | | | | | Buy (add'l) | 8/9/11 | J | | |
| 149. | | | | | Buy (add'l) | 8/11/11 | J | | |
| 150. | | | | | Buy (add'l) | 8/16/11 | J | | |
| 151. | | | | | Buy (add'l) | 8/23/11 | J | | |
| 152. | | | | | Buy (add'l) | 9/7/11 | J | | |
| 153. | | | | | Buy (add'l) | 9/21/11 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| D'Agostino, Mae A. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 9/27/11 | J | | |
| 155. | | | | | Buy (add'l) | 11/1/11 | J | | |
| 156. | | | | | Buy (add'l) | 12/5/11 | J | | |
| 157. - PIMCO Low Duration Class D | | | | | Buy | 7/28/11 | K | | |
| 158. | | | | | Buy (add'l) | 8/3/11 | J | | |
| 159. | | | | | Buy (add'l) | 8/9/11 | J | | |
| 160. | | | | | Buy (add'l) | 8/11/11 | J | | |
| 161. | | | | | Buy (add'l) | 8/16/11 | J | | |
| 162. | | | | | Buy (add'l) | 8/23/11 | J | | |
| 163. | | | | | Buy (add'l) | 9/7/11 | J | | |
| 164. | | | | | Buy (add'l) | 9/21/11 | J | | |
| 165. | | | | | Buy (add'l) | 11/1/11 | J | | |
| 166. - PIMCO Investment Grade Corp Bond CL D | | | | | Buy | 7/28/11 | J | | |
| 167. | | | | | Buy (add'l) | 8/3/11 | J | | |
| 168. | | | | | Buy (add'l) | 8/23/11 | J | | |
| 169. | | | | | Buy (add'l) | 9/7/11 | J | | |
| 170. | | | | | Buy (add'l) | 9/21/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| D'Agostino, Mae A. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 11/1/11 | J | | |
| 172. - PIMCO Global Advt Strategy Bond CL D | | | | | Buy | 7/28/11 | K | | |
| 173. | | | | | Buy (add'l) | 8/3/11 | J | | |
| 174. | | | | | Buy (add'l) | 8/9/11 | J | | |
| 175. | | | | | Buy (add'l) | 8/11/11 | J | | |
| 176. | | | | | Buy (add'l) | 8/16/11 | J | | |
| 177. | | | | | Buy (add'l) | 8/23/11 | J | | |
| 178. | | | | | Buy (add'l) | 9/7/11 | J | | |
| 179. | | | | | Buy (add'l) | 9/21/11 | J | | |
| 180. | | | | | Buy (add'l) | 9/27/11 | J | | |
| 181. | | | | | Buy (add'l) | 11/1/11 | J | | |
| 182. | | | | | Buy (add'l) | 12/5/11 | J | | |
| 183. | | | | | Buy (add'l) | 12/19/11 | J | | |
| 184. - Allianz AGIC Income & Grtowth CL D | | | | | Buy | 7/28/11 | K | | |
| 185. | | | | | Buy (add'l) | 8/3/11 | J | | |
| 186. | | | | | Buy (add'l) | 8/9/11 | J | | |
| 187. | | | | | Buy (add'l) | 9/21/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| D'Agostino, Mae A. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 9/27/11 | J | | |
| 189. | | | | | Buy (add'l) | 10/12/11 | J | | |
| 190.   -Vanguard LifeStrategy Moderate Growth | A | Dividend | | | Sold | 8/23/11 | J | | |
| 191.   - Fidelity Cash Reserves | | | | | | | | | |
| 192. | | | | | | | | | |
| 193. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| D'Agostino, Mae A. | 05/14/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| D'Agostino, Mae A. | 05/14/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ s/Mae A. D'Agostino _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544